UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS DEFINED BENEFIT PENSION FUND,
and JERRY SHEA (in his capacity as Trustee),

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

         Plaintiffs,

v.                            Case No.  16-cv-307

CHAMPION STEEL, INC. and MIKE CLARK,

         Defendants.

### ORDER AS TO DEFENDANT CHAMPION STEEL, INC.

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action was submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant Champion Steel, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.    Defendant Champion Steel, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. Due to Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, attorney fees and costs.

4. The Court assesses the total damages to the Plaintiffs in the sum of $34,158.32.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, North Central States Regional Council of Carpenters Defined Benefit Pension Fund, Jerry Shea (in his capacity as Trustee), and the North Central States Regional Council of Carpenters and against Defendant in the amount of $34,158.32 together with interest at the rate allowed by law.

Dated this 28TH day of November, 2016.

BY THE COURT:

_____
U. S. District Court Judge